1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   DIANNE LOGGINS,                          CASE NO. 13cv2615-WQH-
                                               BLM
12                           Plaintiff,
           vs.                                 **ORDER**
13   COUNTY of SAN DIEGO HEALTH
     AND HUMAN SERVICES AGENCY;
14   CHILD WELFARE SERVICES; Does
     1-50, inclusive,
15
16                          Defendants.

17   HAYES, Judge:

18        The matter before the Court is the Motion to Dismiss filed by Defendant County

19   of San Diego ("Defendant").  (ECF No. 7).

20                              **BACKGROUND**

21        On October 28, 2013, Plaintiff initiated this action by filing a Complaint alleging

22   civil rights violations under 42 U.S.C. § 1983 and civil rights and tort violations under

23   state law.   (ECF No. 1).   Plaintiff alleges Defendant engaged in "discriminatory

24   practices [when] ... [Defendant] refused to cooperate with [Plaintiff], resulting in

25   unjustifiable disparate treatment. [Plaintiff] was denied equal access and equal treatment

26   because of her race and age."  *Id.* ¶ 7.

27        On December 4, 2013, Defendant filed a Motion to Dismiss the Complaint

28   pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 7).  The docket reflects

1  that Plaintiff did not file an opposition.

2  **DISCUSSION**

3       A district court may properly grant an unopposed motion pursuant to a local rule

4  where the local rule permits, but does not require, the granting of a motion for failure

5  to respond.  *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).  Civil Local Rule 7.1

6  provides: "If an opposing party fails to file the papers in the manner required by Civil

7  Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or

8  other request for ruling by the court."   S.D. Cal. Civ. Local Rule 7.1(f)(3)(c).

9  "Although there is ... a [public] policy favoring disposition on the merits, it is the

10  responsibility of the moving party to move towards that disposition at a reasonable

11  pace, and to refrain from dilatory and evasive tactics." *In re Eisen*, 31 F.3d 1447, 1454

12  (9th Cir. 1994) (affirming grant of motion to dismiss for failure to prosecute); *see also*

13  *Steel v. City of San Diego*, No. 09cv1743, 2009 WL 3715257, at *1 (S.D. Cal., Nov. 5,

14  2009) (dismissing action pursuant to Local Rule 7.1 for plaintiff's failure to respond to

15  a motion to dismiss).

16       The docket reflects that Plaintiff was served with the Motion to Dismiss by

17  electronic filing as to Monica L. Montgomery at the Law Offices of Monica L.

18  Montgomery, 121 Broadway, Ste. 553, San Diego, CA 92101. (*See* ECF No. 7-1).  The

19  Motion to Dismiss and the Court's docket reflect that a hearing on the Motion to

20  Dismiss was noticed for February 3, 2014. (*See* ECF No. 7-2). Civil Local Rule 7.1

21  provides: "each party opposing a motion ... must file that opposition ... with the clerk

22  ... not later than fourteen (14) calendar days prior to the noticed hearing."  S.D. Cal.

23  Civ. Local Rule 7.1(e)(2).  The docket reflects that Plaintiff has failed to file an

24  opposition to the Motion to Dismiss.  The Court concludes that "the public's interest

25  in expeditious resolution of litigation," "the court's need to manage its docket," and

26  "the risk of prejudice to the defendants" weigh in favor of granting the Motion to

27  Dismiss filed by Defendants for failure to file an opposition.  *Ghazali*, 46 F.3d at 53.

28

1

**CONCLUSION**

2          IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendant (ECF

3     No. 7) is GRANTED as follows: the Complaint is DISMISSED without prejudice.

4

5     DATED:  March 18, 2014

6                                                   _William Q. Hayes_
                                                    **WILLIAM Q. HAYES**
7                                                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28